## **INDEX**

Attachment – Civil Cover Sheet

Attachment – Attachment to Civil Cover Sheet

Attachment – Notice to Adverse Parties

Attachment – Proof of Service and Affidavit

Attachment – State Court Notice of Stay

Ex. 1 – Index of Documents Being Filed

Ex. 2 & 3 – Transmittal emails

Ex. 4 & 5 – Hayes Medical Reports

Ex. 6 – State Court Docket Sheet

Ex. 7 - 10 – Complete copy of Suit Record

Ex. 11 – List of All Counsel of Record

Exhibit 1