UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

MICHAEL JOHNSON

VERSUS

PACKAGING CORPORATION
OF AMERICA, ET AL.

CIVIL ACTION

18-613-SDD-EWD

## RULING

The Court has carefully considered the *Petition*,[1] the *Motions*,[2] the record, the law applicable to this action, the *Oppositions*[3], and the *Report and Recommendation*[4] of United States Magistrate Judge Erin Wilder-Doomes dated February 27, 2019.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the *Motion to Remand*[5] and the *Motion to Amend*[6] are hereby DENIED, and Plaintiff's claims against Snelgrove are hereby DISMISSED WITHOUT PREJUDICE.

**IT IS FURTHER ORDERED** that this matter is hereby REFERRED to the Magistrate Judge for a *Scheduling Conference*.

Baton Rouge, Louisiana the 18 day of March, 2019.

SHELLY D. DICK, CHIEF DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1-11.
[2] Rec. Docs. 3 and 4.
[3] Rec. Docs. 21-3 and 21-4.
[4] Rec. Doc. 20.
[5] Rec. Doc. 4.
[6] Rec. Doc. 3.