UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**MICHAEL JOHNSON, ET AL.**             CIVIL ACTION

**v.**                                  NO. 3:18-CV-00613-SDD-EWD

                                        CHIEF JUDGE SHELLY D. DICK
**PACKAGING CORPORATION
OF AMERICA, ET AL.**                    MAGISTRATE ERIN WILDER-DOOMES

**JOINT PROPOSED JURY VERDICT FORM**

Pursuant to this Court's Scheduling Order (Doc. 90) as amended (Docs. 135, 176), Plaintiffs Michael Johnson, Charles Cunningham, Jerry Bailey, Eric Woodard, Michael Darbonne, Michael McCullough, Demon Benjamin, Pamela Green, and Christopher Herrington (collectively, "Plaintiffs"), and Defendants Packaging Corporation of America ("PCA"), Boise Packaging & Newsprint, LLC ("BPN"), Boise Inc., and Rick Butterfield (collectively, "Defendants," and with Plaintiffs, the "Parties") respectfully submit their Joint Proposed Jury Verdict Form, as follows. The parties disagree on the order of questions in the verdict form, and, because the order of questions dictates the instructions to the jury on the form, a true redline document is unworkable. Therefore, what follows are Plaintiffs' Proposed Verdict Form and, following separately, Defendants' proposed verdict form.  The Parties' primary disagreements are to:

(1) The order of questions. It is Defendants' position that the statutory employer questions should be asked first, because if that defense applies, it is a complete bar to Plaintiffs' claims, and thus resolving this issue before requiring the jury to complete the remainder of the verdict form will promite judicial efficiency.  Moreover, inserting the question after the questions regarding the amounts of damages to which Plaintiffs are entitled is confusing, because those answers will be inapplicable if the defense applies.

The Plaintiffs disagree and contend that statutory-employer immunity questions should go last. The jury should fill out the entire form regardless of the immunity questions so that there are complete findings of fact on all issues. That could potentially avoid the need for new trial if findings for Defendants on the immunity questions were to be reversed on appeal.

(2) Whether to include Elite Specialty Welding, LLC and "Other" as additional potentially negligent parties on the verdict form. It is Defendants' position that these lines should be included because it is a black letter principle of Louisiana law that the degree of fault of all persons responsible for a plaintiffs' damages be allocated, whether those persons are parties or nonparties to the suit. *See* La. Civ. Code art. 2323.

The Plaintiffs disagree and contend that verdict forms should be limited to persons as to whom a basis to show their involvement exists. Otherwise, the number of lines could be unlimited. The Court should wait until evidence has been presented to determine whether Elite belongs on the verdict form. Further, there should be no line for "Others," which is unworkable. Among other things, it would be impossible for this Court or the appellate court to review whether evidence supports any given fault percentage against any number of totally unknown and unidentified persons/entities.

(3) The number of line items for damages. It is Defendants' position that the verdict form should track the categories of damages set forth in the Louisiana pattern charges (included as Proposed Instruction No. 30 in the parties' joint submission).

The Plaintiffs disagree and content that a line for each separate item of damages should be provided to the jury. Doing so is consistent with Louisiana law. *McGee v. A C And S, Inc.*, 2005-1036 (La. 7/10/06), 933 So. 2d 770, 774–75 ("Courts commonly list different

elements of general damages, including mental anguish and physical pain and suffering, both past and future, separately. In addition, general damages for permanent scarring and/or disfigurement are often listed separately.").

(4) Premises-liability-specific questions. The Plaintiffs contend that the Court need not ask separate questions concerning sub-elements of a premises-liability claim, as proposed by Defendants. Following the elimination of strict liability from the relevant Civil Code articles, these premises-liability claims sound in negligence. *Farrell v. Circle K Stores, Inc.*, 2022-00849 (La. 3/17/23), 359 So. 3d 467, 473. The jury will already be asked to decide whether any of the Defendants were negligent after being instructed on the various ways to potentially find negligence.

[VERDICT FORMS ON FOLLOWING PAGES]

## PLAINTIFFS' PROPOSED VERDICT FORM

1. Do you find that any of following was negligent?

   | | | |
   |---|---|---|
   | PCA | YES_____ | NO_____ |
   | BPN | YES_____ | NO_____ |
   | Boise Inc. | YES_____ | NO_____ |
   | Rick Butterfield | YES_____ | NO_____ |

2. Do you find that the negligence you identified in response to Question 1 caused in whole or in part the damages complained of by:

   | | | |
   |---|---|---|
   | Michael Johnson | YES_____ | NO_____ |
   | Charles Cunningham | YES_____ | NO_____ |
   | Jerry Bailey | YES_____ | NO_____ |
   | Eric Woodard | YES_____ | NO_____ |
   | Michael Darbonne | YES_____ | NO_____ |
   | Michael McCullough | YES_____ | NO_____ |
   | Demon Benjamin | YES_____ | NO_____ |
   | Pamela Green | YES_____ | NO_____ |
   | Christopher Herrington | YES_____ | NO_____ |

3. Which company/ies employed Rick Butterfield?

   | | | |
   |---|---|---|
   | Packaging Corporation of America | Yes____ | No_____ |
   | Boise Packaging & Newsprint | Yes____ | No_____ |
   | Boise Inc. | Yes____ | No_____ |

*If you checked "Yes" as to any plaintiff in response to Question 2, answer Question 4.*

4. Assume that 100% represents the total combined fault that caused the damage you identified in response to Question 3 and/or 4. What percentage of this 100% is attributable to each of the following? (Your total must equal 100%)

   | | |
   |---|---|
   | PCA | _____% |
   | BPN | _____% |
   | Boise Inc. | _____% |
   | Rick Butterfield | _____% |

5. What do you find to be the amount of Michael Johnson's damages?

| | |
|---|---|
| Past medical expenses: | $_____ |
| Future medical expenses: | $_____ |
| Past lost wages: | $_____ |
| Future lost wages: | $_____ |
| Past pain and suffering: | $_____ |
| Future pain and suffering: | $_____ |
| Past mental anguish: | $_____ |
| Future mental anguish: | $_____ |
| Past disability and disfigurement: | $_____ |
| Future disability and disfigurement | $_____ |
| Past loss of enjoyment of life: | $_____ |
| Future loss of enjoyment of life | $_____ |

6. What do you find the be the amount of Charles Cunningham's damages?

| | |
|---|---|
| Past medical expenses: | $_____ |
| Future medical expenses: | $_____ |
| Past lost wages: | $_____ |
| Future lost wages: | $_____ |
| Past pain and suffering: | $_____ |
| Future pain and suffering: | $_____ |
| Past mental anguish: | $_____ |
| Future mental anguish: | $_____ |
| Past disability and disfigurement: | $_____ |
| Future disability and disfigurement | $_____ |
| Past loss of enjoyment of life: | $_____ |
| Future loss of enjoyment of life | $_____ |

7. What do you find the be the amount of Jerry Bailey's damages?

| | |
|---|---|
| Past medical expenses: | $_____ |
| Future medical expenses: | $_____ |
| Past lost wages: | $_____ |
| Future lost wages: | $_____ |
| Past pain and suffering: | $_____ |
| Future pain and suffering: | $_____ |
| Past mental anguish: | $_____ |
| Future mental anguish: | $_____ |
| Past disability and disfigurement: | $_____ |
| Future disability and disfigurement | $_____ |
| Past loss of enjoyment of life: | $_____ |
| Future loss of enjoyment of life | $_____ |

8. What do you find the be the amount of Eric Woodard's damages?

    Past medical expenses:                     $_____
    Future medical expenses:               $_____
    Past lost wages:                           $_____
    Future lost wages:                       $_____
    Past pain and suffering:               $_____
    Future pain and suffering:             $_____
    Past mental anguish:                   $_____
    Future mental anguish:                $_____
    Past disability and disfigurement:    $_____
    Future disability and disfigurement   $_____
    Past loss of enjoyment of life:        $_____
    Future loss of enjoyment of life      $_____

9. What do you find the be the amount of Michael Darbonne's damages?

    Past medical expenses:                     $_____
    Future medical expenses:               $_____
    Past lost wages:                           $_____
    Future lost wages:                       $_____
    Past pain and suffering:               $_____
    Future pain and suffering:             $_____
    Past mental anguish:                   $_____
    Future mental anguish:                $_____
    Past disability and disfigurement:    $_____
    Future disability and disfigurement   $_____
    Past loss of enjoyment of life:        $_____
    Future loss of enjoyment of life      $_____

10. What do you find the be the amount of Michael McCullough's damages?

    Past medical expenses:                     $_____
    Future medical expenses:               $_____
    Past lost wages:                           $_____
    Future lost wages:                       $_____
    Past pain and suffering:               $_____
    Future pain and suffering:             $_____
    Past mental anguish:                   $_____
    Future mental anguish:                $_____
    Past disability and disfigurement:    $_____
    Future disability and disfigurement   $_____
    Past loss of enjoyment of life:        $_____
    Future loss of enjoyment of life      $_____

11. What do you find the be the amount of Demon Benjamin's damages?

    Past medical expenses:                     $_____

Future medical expenses:           $_____
Past lost wages:                   $_____
Future lost wages:                 $_____
Past pain and suffering:           $_____
Future pain and suffering:         $_____
Past mental anguish:               $_____
Future mental anguish:             $_____
Past disability and disfigurement: $_____
Future disability and disfigurement $_____
Past loss of enjoyment of life:    $_____
Future loss of enjoyment of life   $_____

12. What do you find the be the amount of Pamela Green's damages?

Past medical expenses:             $_____
Future medical expenses:           $_____
Past lost wages:                   $_____
Future lost wages:                 $_____
Past pain and suffering:           $_____
Future pain and suffering:         $_____
Past mental anguish:               $_____
Future mental anguish:             $_____
Past disability and disfigurement: $_____
Future disability and disfigurement $_____
Past loss of enjoyment of life:    $_____
Future loss of enjoyment of life   $_____

13. What do you find the be the amount of Christopher Herrington's damages?

Past medical expenses:             $_____
Future medical expenses            $_____
Past lost wages:                   $_____
Future lost wages:                 $_____
Past pain and suffering:           $_____
Future pain and suffering:         $_____
Past mental anguish:               $_____
Future mental anguish:             $_____
Past disability and disfigurement: $_____
Future disability and disfigurement $_____
Past loss of enjoyment of life:    $_____
Future loss of enjoyment of life   $_____

14. Do you find that Packaging Corporation of America ("PCA") is entitled to a statutory-employer defense against liability for negligence to:

7

|  |  |  |
|---|---|---|
| Michael Johnson | YES_____ | NO_____ |
| Charles Cunningham | YES_____ | NO_____ |
| Jerry Bailey | YES_____ | NO_____ |
| Eric Woodard | YES_____ | NO_____ |
| Michael Darbonne | YES_____ | NO_____ |
| Michael McCullough | YES_____ | NO_____ |
| Christopher Herrington | YES_____ | NO_____ |

15. Do you find that Boise Packaging & Newsprint, LLC ("BPN") is entitled to a statutory-employer defense against liability for negligence to:

| | | |
|---|---|---|
| Demon Benjamin | YES_____ | NO_____ |
| Pamela Green | YES_____ | NO_____ |

DATE:_____    SIGNATURE:_____

8

## DEFENDANTS' PROPOSED VERDICT FORM

1. Which company/ies employed Rick Butterfield?

   | | | |
   |---|---|---|
   | Packaging Corporation of America | Yes____ | No_____ |
   | Boise Packaging & Newsprint | Yes____ | No_____ |
   | Boise Inc. | Yes____ | No_____ |

*Answer Question 2*

2. Do you find that Packaging Corporation of America ("PCA") was the statutory employer of:

   | | | |
   |---|---|---|
   | Michael Johnson | YES_____ | NO_____ |
   | Charles Cunningham | YES_____ | NO_____ |
   | Jerry Bailey | YES_____ | NO_____ |
   | Eric Woodard | YES_____ | NO_____ |
   | Michael Darbonne | YES_____ | NO_____ |
   | Michael McCullough | YES_____ | NO_____ |
   | Christopher Herrington | YES_____ | NO_____ |

*Answer Question 3*

3. Do you find that Boise Packaging & Newsprint, LLC ("BPN") was the statutory employer of:

   | | | |
   |---|---|---|
   | Demon Benjamin | YES_____ | NO_____ |
   | Pamela Green | YES_____ | NO_____ |

*If you answered "No" for any plaintiff in response to Questions 2 or 3, answer Question 4. If your answer was "Yes" for each plaintiff listed in Questions 2 and 3, your work is done, and the foreperson can sign and date this verdict form.*

4. Do you find that any of following was negligent?

   | | | |
   |---|---|---|
   | PCA | YES_____ | NO_____ |
   | BPN | YES_____ | NO_____ |
   | Boise Inc. | YES_____ | NO_____ |
   | Rick Butterfield | YES_____ | NO_____ |
   | Elite Specialty Welding ("Elite") | YES_____ | NO_____ |
   | Other(s) | YES_____ | NO_____ |

*If you answered "no" to Question 4 as to all of PCA, BPN, Boise Inc., and Mr. Butterfield, go to Question 6. If you answered "yes" to Question 4 or for any one of PCA, BPN, Boise Inc., or Mr. Butterfield, answer Question 5.*

9

5. Do you find that the negligence you identified in response to Question 3 caused the damages complained of by:

    | | | |
    |---|---|---|
    | Michael Johnson | YES_____ | NO_____ |
    | Charles Cunningham | YES_____ | NO_____ |
    | Jerry Bailey | YES_____ | NO_____ |
    | Eric Woodard | YES_____ | NO_____ |
    | Michael Darbonne | YES_____ | NO_____ |
    | Michael McCullough | YES_____ | NO_____ |
    | Demon Benjamin | YES_____ | NO_____ |
    | Pamela Green | YES_____ | NO_____ |
    | Christopher Herrington | YES_____ | NO_____ |

*Answer Question 6*

6. Do you find that the paper mill owned by BPN created an unreasonable risk of harm?

    YES_____          NO_____

*If you answered "yes" to Question 6, go to Question 7.  If you answered "no" to Question 6, and "no" as to all of PCA, BPN, Boise Inc., and Mr. Butterfield in Question 4, then your work is done, and the foreperson can sign and date the verdict form*

7. Do you find that BPN knew or should have known of this unreasonable risk of harm?

    YES_____          NO_____

*If you answered "yes" to Question 7, go to Question 8.  If you answered "no" to Question 7, and "no" as to all of PCA, BPN, Boise Inc., and Rick Butterfield in Question 4, then your work is done, and the foreperson can sign and date the verdict form.*

8. Do you find that the unreasonable risk of harm could have been prevented by the exercise of reasonable care, *and* that BPN failed to exercise such reasonable care?

    YES_____          NO_____

*If you answered "yes" to Question 8, go to Question 9.  If you answered "no" to Question 8, and "no" as to all of PCA, BPN, Boise Inc., and Rick Butterfield in Question 4, then your work is done, and the foreperson can sign and date the verdict form.*

9. Did the unreasonable risk of harm you identified in response to Question 7 cause the damages complained of by:

    Michael Johnson          YES_____          NO_____

10

| | | |
|---|---|---|
| Charles Cunningham | YES_____ | NO_____ |
| Jerry Bailey | YES_____ | NO_____ |
| Eric Woodard | YES_____ | NO_____ |
| Michael Darbonne | YES_____ | NO_____ |
| Michael McCullough | YES_____ | NO_____ |
| Demon Benjamin | YES_____ | NO_____ |
| Pamela Green | YES_____ | NO_____ |
| Christopher Herrington | YES_____ | NO_____ |

*If you checked "Yes" as to any plaintiff in response to Question 5 or Question 9, answer Question 10.*

10. Assume that 100% represents the total combined fault that caused the damage you identified in response to Question 3 and/or 4.  What percentage of this 100% is attributable to each of the following? (Your total must equal 100%)

    | | |
    |---|---|
    | PCA | _____% |
    | BPN | _____% |
    | Boise Inc. | _____% |
    | Rick Butterfield | _____% |
    | Elite Specialty Welding, LLC ("Elite") | _____% |
    | Other(s) | _____% |

*If for Question 10 you assigned 100% to Elite or to "Other," or 100% to some combination of Elite and "Other" only, your work is complete, and the foreperson should sign and date this verdict form. If you assigned any number to any other party, proceed to Questions 11 through 19.  For each of Questions 11 through 19, fill in the amount of damages **only** if you checked "YES" next to that plaintiff in Question 5 or Question 9.*

11. What do you find to be the amount of Michael Johnson's damages?

    | | |
    |---|---|
    | Past medical expenses: | $_____ |
    | Future medical expenses: | $_____ |
    | Past lost wages: | $_____ |
    | Future lost wages: | $_____ |
    | Pain and suffering: | $_____ |
    | Loss of enjoyment of life: | $_____ |

12. What do you find the be the amount of Charles Cunningham's damages?

    | | |
    |---|---|
    | Past medical expenses: | $_____ |

11

    Future medical expenses:    $_____  
    Past lost wages:    $_____  
    Future lost wages:    $_____  
    Pain and suffering:    $_____  
    Loss of enjoyment of life:    $_____

13. What do you find the be the amount of Jerry Bailey's damages?

    Past medical expenses:    $_____  
    Future medical expenses:    $_____  
    Past lost wages:    $_____  
    Future lost wages:    $_____  
    Pain and suffering:    $_____  
    Loss of enjoyment of life:    $_____

14. What do you find the be the amount of Eric Woodard's damages?

    Past medical expenses:    $_____  
    Future medical expenses:    $_____  
    Past lost wages:    $_____  
    Future lost wages:    $_____  
    Pain and suffering:    $_____  
    Loss of enjoyment of life:    $_____

15. What do you find the be the amount of Michael Darbonne's damages?

    Past medical expenses:    $_____  
    Future medical expenses:    $_____  
    Past lost wages:    $_____  
    Future lost wages:    $_____  
    Pain and suffering:    $_____  
    Loss of enjoyment of life:    $_____

16. What do you find the be the amount of Michael McCullough's damages?

    Past medical expenses:    $_____  
    Future medical expenses:    $_____  
    Past lost wages:    $_____  
    Future lost wages:    $_____  
    Pain and suffering:    $_____  
    Loss of enjoyment of life:    $_____

17. What do you find the be the amount of Demon Benjamin's damages?

    Past medical expenses:    $_____  
    Future medical expenses:    $_____

    Past lost wages:                          $_____
    Future lost wages:                   $_____
    Pain and suffering:                 $_____
    Loss of enjoyment of life:       $_____

18. What do you find the be the amount of Pamela Green's damages?

    Past medical expenses:            $_____
    Future medical expenses:        $_____
    Past lost wages:                          $_____
    Future lost wages:                   $_____
    Pain and suffering:                 $_____
    Loss of enjoyment of life:       $_____

19. What do you find the be the amount of Christopher Herrington's damages?

    Past medical expenses:            $_____
    Future medical expenses         $_____
    Past lost wages:                          $_____
    Future lost wages:                   $_____
    Pain and suffering:                 $_____
    Loss of enjoyment of life:       $_____


DATE:_____          SIGNATURE:_____


[SIGNATURE BLOCKS ON FOLLOWING PAGE]

Respectfully submitted,

ARNOLD & ITKIN LLP

s/ Kyle Findley

J. Kyle Findley (#34922)
kfindley@arnolditkin.com
Kala Sellers (#36182)
ksellers@arnolditkin.com
John G. Grinnan *pro hac vice*
jgrinnan@arnolditkin.com
6009 Memorial Drive
Houston, TX 77007
Tel: (713) 222-3800
Fax: (713) 222-3850
**e-service@arnolditkin.com**

A. M. "Tony" Clayton (#21191)
Michael P. Fruge (#26287)
Richard J. Ward, III (#32267)
Clayton, Fruge & Ward
3741 La. Highway 1 South
Port Allen, LA 70767
Tel: (225) 344-7000
Fax: (225) 383-7631

**ATTORNEYS FOR PLAINTIFFS**


**FISHMAN HAYGOOD, LLP**

*/s/ Rebekka C. Veith*
Kerry J. Miller (#24562)
Paul C. Thibodeaux (#29446)
Rebekka C. Veith (#36062)
Monica L. Bergeron (#39124)
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
Telephone: (504) 556-5549
Facsimile: (504) 310-0275
kmiller@fishmanhaygood.com
rveith@fishmanhaygood.com

**ALSTON & BIRD LLP**

Eric Kuwana (admitted *pro hac vice*)
90 Park Avenue, 15th Floor
New York, NY 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444
eric.kuwana@alston.com

Sarah O'Donohue (admitted *pro hac vice*)
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
sarah.odonohue@alston.com

*Counsel for Defendants Packaging Corporation of America, Boise Packaging & Newsprint, LLC, Boise Inc., and Rick Butterfield*

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice to counsel of record in this case.

*/s/*