# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**MINUTE ENTRY**
**APRIL 8, 2024**
**CHIEF JUDGE SHELLY D. DICK**

| | |
|---|---|
| **MICHAEL JOHNSON, ET AL.** | **CIVIL NUMBER** |
| **VERSUS** | |
| **PACKAGING CORPORATION OF AMERICA, ET AL** | **18-613-SDD-EWD** |

This matter came before the court for a trial by jury.

**PRESENT:** **Johnathan Kyle Findley, Esq.**
**John G. Grinnan, Esq.**
**Michael Paul Fruge', Esq.**
**Tony Clayton, Esq.**
**Kala Sellers, Esq.**
**Counsel for Plaintiff**

**Kerry J. Miller, Esq.**
**Monica Leigh Bergeron, Esq.**
**Rebekka C. Veith, Esq.**
**Counsel for Defendant**

Case is called.

Counsel make appearances.

The panel of jurors enter the courtroom, are sworn on *voir dire,* and questioned by the Court.

Jury is selected and sworn.

Court gives preliminary instructions.

Outside the presence of the jury, parties jointly admit exhibits. Order of Sequestration is in place. Court makes rulings on the following pending motions:

- *Motion to Compel Deposition Designations and to Preclude Use of Eric Snelgrove's Deposition at Trial*[1] is **denied as moot**.

- *Motion to Quash Second Subpoena to Directing Bruce Kummerfeldt to Appear and Testify and for Sanctions*[2] is **denied as moot**.

- *Objection to Magistrate Judge's Ruling re: Order on Motion to Quash*[3] is **sustained**. Mr. Kummerfeldt will testify live or via video conference.

- *Motion for Reconsideration of Omnibus Motion in Limine to Exclude Certain Evidence*[4] is **denied without prejudice** to re-urging at trial.

Parties make opening statements.

Eric Snelgrove is sworn and testifies.

Court hears argument relative to *Motion in Limine to Exclude from Evidence and Prohibit from Publication Photographs and Graphic Depictions of the Deceased*[5]. The *Motion* is **granted**.

Court recesses until Tuesday, April 9, 2024, at 9:00 a.m.

\* \* \* \* \*

Reporter/Shannon Thompson
C:CR 29; T 6 hrs.

---

[1] Rec. Doc. 227.
[2] Rec. Doc. 244.
[3] Rec. Doc. 245.
[4] Rec. Doc. 247.
[5] Rec. Doc. 195.