UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**MINUTE ENTRY**
**APRIL 9, 2024**
**CHIEF JUDGE SHELLY D. DICK**

| | |
|---|---|
| **MICHAEL JOHNSON, ET AL.** | **CIVIL NUMBER** |
| **VERSUS** | |
| **PACKAGING CORPORATION OF AMERICA, ET AL** | **18-613-SDD-EWD** |

The jury trial of this matter continues.

**PRESENT:** **Jonathan Kyle Findley, Esq.**
**John G. Grinnan, Esq.**
**Michael Paul Fruge', Esq.**
**Kala Sellers, Esq.**
**Counsel for Plaintiff**

**Kerry J. Miller, Esq.**
**Monica Leigh Bergeron, Esq.**
**Rebekka C. Veith, Esq.**
**Counsel for Defendant**

Eric Snelgrove resumes his testimony.

The following persons are sworn and testify:

Jeffrey Fogleman
Joseph Flores
Greg Smith
Lori Smith

Exhibits filed.

Court recesses until Thursday, April 11, 2024, at 9:00 a.m.

* * * * *

Reporter/Shannon Thompson
C:CR 29; T 7 hrs.