UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**MINUTE ENTRY**
**APRIL 11, 2024**
**CHIEF JUDGE SHELLY D. DICK**

**MICHAEL JOHNSON, ET AL.**

**VERSUS**

**PACKAGING CORPORATION OF AMERICA, ET AL**

**CIVIL NUMBER**

**18-613-SDD-EWD**

The jury trial of this matter continues.

**PRESENT:** **Jonathan Kyle Findley, Esq.**
**John G. Grinnan, Esq.**
**Michael Paul Fruge', Esq.**
**Kala Sellers, Esq.**
**Counsel for Plaintiff**

**Kerry J. Miller, Esq.**
**Monica Leigh Bergeron, Esq.**
**Rebekka C. Veith, Esq.**
**Counsel for Defendant**

Exhibits filed.

Lori Smith resumes her testimony.

The following persons are sworn and testify:

    Bruce Kummerfeldt
    Robert Ross – by video
    Michael Johnson

Jury is released until Friday, April 12, 2024, at 9:30 a.m.

Hearing on the *Motion for Sanctions for Eavesdropping on Protected Attorney-Client Communications*[1] is set for Friday, April 12, 2024, at 9:00 a.m.

\* \* \* \* \*

Reporter/Shannon Thompson
C:CR 29; T 7 hrs.

---

[1] Rec. Doc. 255.