# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**MINUTE ENTRY**
**APRIL 12, 2024**
**CHIEF JUDGE SHELLY D. DICK**

| | |
|---|---|
| **MICHAEL JOHNSON, ET AL.** | **CIVIL NUMBER** |
| **VERSUS** | |
| **PACKAGING CORPORATION OF AMERICA, ET AL** | **18-613-SDD-EWD** |

The jury trial of this matter continues.

**PRESENT:** Jonathan Kyle Findley, Esq.
John G. Grinnan, Esq.
Michael Paul Fruge', Esq.
Kala Sellers, Esq.
**Counsel for Plaintiff**

Kerry J. Miller, Esq.
Monica Leigh Bergeron, Esq.
Rebekka C. Veith, Esq.
**Counsel for Defendant**

Hearing on the *Motion for Sanctions for Eavesdropping on Protected Attorney-Client Communications*[1] held.

The following witnesses are sworn and testify:

John Grinnon
Tony Steenkolk

Court takes this matter under advisement.

Jury returns to the courtroom.

---
[1] Rec. Doc. 255.

Patrick Charles Hayes, M.D., is sworn, tendered, accepted as an expert in psychiatry and PTSD, and testifies.

Todd Cowen, M.D., is sworn, tendered, accepted as an expert in lifecare planning, physical medicine, rehabilitation, and pain management, and testifies.

William Brennan, M.D., is sworn, tendered, accepted as an expert in neurosurgery.

Exhibits filed.

Outside the presence of the jury, counsel for Defendants advises they intend to withdraw the workers comp/statutory employer defense.

Court recesses until Monday, April 15, 2024, at 9:00 a.m.

*   *   *   *   *

Reporter/Shannon Thompson
C:CR 29; T 7.5 hrs.