# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**MINUTE ENTRY**
**APRIL 15, 2024**
**CHIEF JUDGE SHELLY D. DICK**

**MICHAEL JOHNSON, ET AL.**

**VERSUS**

**PACKAGING CORPORATION OF**
**AMERICA, ET AL**

**CIVIL NUMBER**

**18-613-SDD-EWD**

The jury trial of this matter continues.

**PRESENT:    Jonathan Kyle Findley, Esq.**
**John G. Grinnan, Esq.**
**Michael Paul Fruge', Esq.**
**A.M. "Tony" Clayton, Esq.**
**Kala Sellers, Esq.**
**Counsel for Plaintiff**

**Kerry J. Miller, Esq.**
**Monica Leigh Bergeron, Esq.**
**Rebekka C. Veith, Esq.**
**Counsel for Defendant**

Court and counsel discuss matters related to trial.

Jury returns to the courtroom.

The following persons are sworn and testify:

    Pamela Green
    Michael Darbonne
    Demond Benjamin
    Charles Cunningham
    Eric Woodard

Exhibits filed.

Court recesses until Tuesday, April 16, 2024, at 9:00 a.m.

\*   \*   \*   \*   \*

Reporter/Shannon Thompson
C:CR 29; T 7.0 hrs.