# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**MINUTE ENTRY**
**APRIL 16, 2024**
**CHIEF JUDGE SHELLY D. DICK**

| | |
|---|---|
| **MICHAEL JOHNSON, ET AL.** | **CIVIL NUMBER** |
| **VERSUS** | |
| **PACKAGING CORPORATION OF AMERICA, ET AL** | **18-613-SDD-EWD** |

The jury trial of this matter continues.

PRESENT:  Jonathan Kyle Findley, Esq.
John G. Grinnan, Esq.
Michael Paul Fruge', Esq.
Kala Sellers, Esq.
**Counsel for Plaintiff**

Kerry J. Miller, Esq.
Monica Leigh Bergeron, Esq.
Rebekka C. Veith, Esq.
**Counsel for Defendant**

Video deposition of Rick Butterfield played for the jury.

Jerry Bailey is sworn and testifies.

Paul Fenn, Jr., M.D., is sworn, tendered, accepted as an expert in general orthopedics, and testifies.

Michael McCullough is sworn and testifies.

Ken McCoin, PhD., C.F.A., is sworn, tendered, accepted as an expert in economics, and testifies.

The jury is excused until Wednesday, April 17, 2024, at 9:00 a.m.

Plaintiffs proffer testimony of Ken McCoin.

Proffered exhibits filed into the record.

Court recesses until Wednesday, April 17, 2024, at 9:00 a.m.

\* \* \* \* \*

Reporter/Shannon Thompson
C:CR 29; T 7.5 hrs.