# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

MICHAEL JOHNSON, ET AL.                         CIVIL ACTION

VERSUS

PACKAGING CORPORATION OF                        18-613-SDD-EWD
AMERICA, ET AL.

## VERDICT FORM

We the Jury find as follows by a preponderance of the evidence:

1. Do you find that any of the following was negligent?

   PCA and/or BPN    YES  ✓    NO  _____

If you answered "no" in Question No. 1, go to the last page and sign and date this form. If you answered "yes" to Question No. 1, proceed to Question No. 2.

2. Do you find that the negligence was the cause, in whole or part, of the damages suffered by the Plaintiffs?

   | Plaintiff | YES | NO |
   |---|---|---|
   | Michael Johnson | ✓ | |
   | Charles Cunningham | ✓ | |
   | Jerry Bailey | ✓ | |
   | Eric Woodard | ✓ | |
   | Michael Darbonne | ✓ | |
   | Michael McCullough | ✓ | |
   | Demon Benjamin | ✓ | |
   | Pamela Green | ✓ | |
   | Christopher Herrington | ✓ | |

If you answered "no" for every Plaintiff in Question No. 2, go to the last page and sign and date this form. If you answered "yes" for any Plaintiff in Question No. 2, please proceed to Question 3.

Page **1** of **4**

3. State the amount of money, in dollars and cents, that would compensate each Plaintiff for whom you answered "yes" in Question No. 2, for the following categories of damages.

**Michael Johnson**

| | |
|---|---|
| Past Medical Expenses | $107,355.58 |
| Future Medical Expenses | $474,516.49 |
| Past Lost Wages | $352,000 |
| Future Lost Wages | $332,800 |
| Past and Future Mental Pain and Suffering, Anguish, and Emotional Distress | $6,000,000 |
| Past and Future Loss of Enjoyment of Life | $2,000,000 |

**Charles Cunningham**

| | |
|---|---|
| Past Medical Expenses | $249,737.76 |
| Future Medical Expenses | $1,151,439.65 |
| Past Lost Wages | $910,000 |
| Future Lost Wages | $3,600,000 |
| Past and Future Mental Pain and Suffering, Anguish, and Emotional Distress | $10,000,000 |
| Past and Future Loss of Enjoyment of Life | $4,000,000 |

**Jerry Bailey**

| | |
|---|---|
| Past Medical Expenses | $97,780.20 |
| Future Medical Expenses | $301,457.40 |
| Past Lost Wages | $1,050,000 |
| Future Lost Wages | $2,300,000 |
| Past and Future Mental Pain and Suffering, Anguish, and Emotional Distress | $6,000,000 |
| Past and Future Loss of Enjoyment of Life | $4,000,000 |

### Eric Woodard

| | |
|---|---|
| Past Medical Expenses | $ 115,255.22 |
| Future Medical Expenses | $ 453,058.32 |
| Past Lost Wages | $ 355,000 |
| Future Lost Wages | $ 500,000 |
| Past and Future Mental Pain and Suffering, Anguish, and Emotional Distress | $ 6,000,000 |
| Past and Future Loss of Enjoyment of Life | $ 3,000,000 |

### Michael Darbonne

| | |
|---|---|
| Past Medical Expenses | $ 13,274.98 |
| Past Lost Wages | $ 560,000 |
| Future Lost Wages | $ 1,100,000 |
| Past and Future Mental Pain and Suffering, Anguish, and Emotional Distress | $ 6,000,000 |
| Past and Future Loss of Enjoyment of Life | $ 2,000,000 |

### Michael McCullough

| | |
|---|---|
| Past Medical Expenses | $ 236,164.80 |
| Future Medical Expenses | $ 1,237,053.07 |
| Past Lost Wages | $ 650,000 |
| Future Lost Wages | $ 1,600,000 |
| Past and Future Mental Pain and Suffering, Anguish, and Emotional Distress | $ 10,000,000 |
| Past and Future Loss of Enjoyment of Life | $ 4,000,000 |

**Demon Benjamin**

| | |
|---|---|
| Past Medical Expenses | $56,499.64 |
| Past Lost Wages | $0 |
| Future Lost Wages | $0 |
| Past and Future Mental Pain and Suffering, Anguish, and Emotional Distress | $3,000,000 |
| Past and Future Loss of Enjoyment of Life | $1,000,000 |

**Pamela Green**

| | |
|---|---|
| Past Medical Expenses | $136,158.92 |
| Future Medical Expenses | $389,818.83 |
| Past Lost Wages | $182,000 |
| Future Lost Wages | $200,000 |
| Past and Future Mental Pain and Suffering, Anguish, and Emotional Distress | $4,000,000 |
| Past and Future Loss of Enjoyment of Life | $2,000,000 |

**Christopher Herrington**

| | |
|---|---|
| Past Medical Expenses | $30,000 |

Have the Foreperson sign and date this verdict form and tell the Court Security Officer that you have reached a verdict.

SO SAY WE ALL on April 24, 2024 in Baton Rouge, Louisiana.

*Ethan Martinez*
JURY FOREPERSON