UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**MICHAEL JOHNSON, ET AL.**

**VERSUS**

**PACKAGING CORPORATION OF AMERICA, ET AL**

**CIVIL NUMBER**

**18-613-SDD-EWD**

## JUDGMENT

Considering the Verdict[1] rendered by the jury at the completion of the trial of this matter:

*Judgment* is hereby entered in favor of Plaintiffs, Michael Johnson, Charles Cunningham, Jerry Bailey, Eric Woodard, Michael Darbonne, Michael McCullough, Demon Benjamin, Pamela Green, and Christopher Herrington and against Defendants, Packaging Corporation of America and Boise Packaging and Newsprint, LLC.

**IT IS SO ORDERED.**

Baton Rouge, Louisiana, this 30th day of April, 2024.

_____
**CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 286.