UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MICHAEL JOHNSON, ET AL.** | * | **CIVIL ACTION NO. 3:18-cv-00613** |
| | * | |
| | * | |
| **VERSUS** | * | **CHIEF JUDGE SHELLY D. DICK** |
| | * | |
| | * | |
| **PACKAGING CORPORATION OF** | * | **MAGISTRATE JUDGE ERIN** |
| **AMERICA, ET AL.** | * | **WILDER-DOOMES** |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF SETTLEMENT

In accordance with Local Civil Rule 16(c), the plaintiffs, Michael Johnson, Charles Cunningham, Jerry Bailey, Eric Woodard, Michael Darbonne, Michael McCullough, Demon Benjamin, Pamela Green, and Christopher Herrington, one hand, along with defendants Packaging Corporation of America and Boise Packaging and Newsprint, LLC, on the other hand, file this notice to alert the Court that this case has settled. The parties are finalizing their individualized paperwork and are arranging for funds to be transferred, but overarching paperwork memorializing this settlement has been signed and agreed to by the parties. In light of the settlement, the parties ask that the Court take no action on any pending motions.

ARNOLD & ITKIN LLP

/s/ Kyle Findley
J. Kyle Findley (#34922)
kfindley@arnolditkin.com
Kala Sellers (#36182)
ksellers@arnolditkin.com
John G. Grinnan *pro hac vice*
jgrinnan@arnolditkin.com
6009 Memorial Drive
Houston, TX 77007
Tel: (713) 222-3800

Fax: (713) 222-3850
[e-service@arnolditkin.com](mailto:e-service@arnolditkin.com)

A. M. "Tony" Clayton (#21191)
Michael P. Fruge (#26287)
Richard J. Ward, III (#32267)
Clayton, Fruge & Ward
3741 La. Highway 1 South
Port Allen, LA 70767
Tel: (225) 344-7000
Fax: (225) 383-7631

**ATTORNEYS FOR PLAINTIFFS**

**AND**

**FISHMAN HAYGOOD, LLP**

/s/ Kerry J. Miller
Kerry J. Miller, T.A. (#24562)
Rebekka C. Veith (#36062)
Paul C. Thibodeaux (#29446)
Monica L. Bergeron (#39124)
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
Telephone: (504) 556-5549
Facsimile: (504) 310-0275
kmiller@fishmanhaygood.com
rveith@fishmanhaygood.com
pthibodeaux@fishmanhaygood.com
mbergeron@fishmanhaygood.com

**ALSTON & BIRD LLP**
Eric Kuwana (admitted *pro hac vice*)
90 Park Avenue, 15th Floor
New York, NY 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444
eric.kuwana@alston.com
Sarah O'Donohue (admitted *pro hac vice*)
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
sarah.odonohue@alston.com
*Counsel for Defendants,*

2

*Packaging Corporation of America and*
*Boise Packaging & Newsprint, LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record by the CM/ECF system or other means on November 20, 2024.

/s/ Kyle Findley