UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHAEL JOHNSON, ET AL.

VERSUS

PACKAGING CORPORATION OF
AMERICA, ET AL.

CIVIL ACTION

18-613-SDD-EWD

## ORDER

**CONSIDERING** the *Notice of Settlement*[1] filed in the above captioned matter;

**IT IS HEREBY ORDERED** that Plaintiffs' claims against Defendants are hereby DISMISSED without prejudice to the right, upon good clause shown within sixty (60) days, to reopen the action if the settlement is not consummated.

Signed in Baton Rouge, Louisiana on November 21, 2024.

*Shelly D. Dick*

**CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 323.